UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MICHELLE MARIE PHILLIPS**,   Case No. 6:15-CV-01603-KI

       Plaintiff,   JUDGMENT

  v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security**,

       Defendant.

    Katherine L. Eitenmiller
    Brent Wells
    Harder, Wells, Baron & Manning, P.C.
    474 Willamette, Suite 200
    Eugene, OR 97401

        Attorneys for Plaintiff

    Billy J. Williams
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204

Brett E. Eckelberg
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104

       Attorneys for Defendant

KING, Judge:

The decision of the Commissioner is reversed.  This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

DATED this ___9th___ day of November, 2016.

           /s/ Garr M. King
           Garr M. King
           United States District Judge